# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-12-8582-R**                                                              **Date: April 15, 2013**

**TITLE: AMERON INT'L CORP et al V. AMERICAN HOME ASSURANCE CO**
========================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

| Cary Lerman | Robert Gibson |
| Joseph Ybarra | Alina Mooradian |
| Jeremy Lawrence | Amy Samberg |
| Max Stern | Katie Richardson |
| Jessica La Londe | |

**PROCEEDINGS:**  1) Plaintiffs Ameron Int' Corp & Ameron B.V.'s motion for partial summary judgment re duty to defend (3-11-13)
  2) Plaintiff and Counterdefendant Greenwich Insurance Co's motion for summary judgment against American Home Assurance Co (3-11-13)
  3) Defendant American Home Assurance Co's motion for summary judgment of plaintiffs' complaint and for summary judgment of counterclaim (3-11-13)

The parties submit on their papers as filed.

The Court DENIES items # 1 and # 2 as listed above, and GRANTS item # 3 as listed above, for reasons as stated on the record.

Defendant shall submit uncontroverted facts and conclusions of law and a proposed judgment.

                                                                                                          7 min

**MINUTES FORM 90**                                                              **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**