JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERON INTERNATIONAL CORPORATION, AMERON B.V. and GREENWICH INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>      vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>      Defendant.<br>_____<br>AND RELATED COUNTERCLAIM | CASE NO. CV 12-8582-R<br><br>JUDGMENT GRANTING DEFENDANT ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OF PLAINTIFFS' COMPLAINT AND FOR SUMMARY JUDGMENT OF DEFENDANT'S COUNTERCLAIM |

The Court has reviewed the parties' cross-motions for summary judgment filed on March 11, 2013, as well as the opposition and reply papers and evidence filed in support thereof. The matter was heard on April 15, 2013. In consideration of the parties' papers and oral arguments, and in light of the undisputed facts,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment on all causes of action alleged in Plaintiffs' Complaint is GRANTED. Defendant's Motion for Summary Judgment on its counterclaim also is GRANTED. Plaintiffs' Motions for Summary Judgment are DENIED.

1    IT IS FURTHER ORDERED that judgment be entered in favor of American Home

2    Assurance Company and against Plaintiffs.

3    Accordingly, Plaintiffs take nothing, and their complaints are dismissed with prejudice.

4    Defendant and Counterclaimant American Home Assurance Company is the prevailing party and

5    judgment is entered in its favor on its counter claim.  Furthermore, Defendant, as the prevailing

6    party, is awarded its costs.

7    IT IS SO ORDERED AND ADJUDGED.

8    Dated:  June 5, 2013.

10                                    _____

11                                        MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE